UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP S. AURECCHIONE,

                Plaintiff,

  -against-

LOUIS FALCO, III, *Sheriff of the Rockland County Sheriff's Departments (official capacity), et al*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/21/2022

No. 22 Civ. 4538 (NSR)
ORDER FOR ADMISSION
PRO HAC VICE FOR
MARTIN E. SOUTO-DIAZ

      The Motion of Martin E. Souto-Diaz for admission Pro Hac Vice in the above-captioned action is GRANTED.

      Applicant has declared that he is a member in good standing of the Bar of the Commonwealth of Pennsylvania, and that his contact information is as follows:

    Martin Emilio Souto-Diaz, Esq.
    46 N. Sixth Street
    Suit 3
    Stroudsburg, PA 18360
    Telephone: (570) 872-9001
    Facsimile: (570) 872-9002
    Email: msoutodiaz92@gmail.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Philip S. Aurecchione;

      IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice as counsel for Plaintiff Philip S. Aurecchione in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. The Clerk of the Court is kindly directed to terminate the Motion at ECF No. 6.

Dated: June 21, 2022
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE