UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
PHILIP S. AURECCHIONE                           :
                                                :
                        Plaintiff,              :
                                                :
    - against -                                 :           22-CV-4538 (NSR)
                                                :
SHERIFF LOUIS FALCO III OF THE                  :           **NOTICE OF APPEARANCE**
ROCKLAND COUNTY SHERIFF'S                       :
DEPARTMENT, et al.                              :
                        Defendants.             :
-------------------------------------------------------------- X

   PLEASE TAKE NOTICE that Assistant Attorney General Wesley E. Bauman, duly admitted to practice in this Court, hereby appears in the above captioned matter in representing defendants Anthony Annucci, Diedre Ryan and Lynn Johnson-Richardson, on behalf of LETITIA JAMES, Attorney General of the State of New York. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
       August 18, 2023

                                        LETITIA JAMES
                                        Attorney General of the
                                         State of New York
                                        <u>Attorney for Defendants</u>
                                        By:

                                        */s/ Wesley E. Bauman*
                                        WESLEY E. BAUMAN
                                        Assistant Attorney General
                                        28 Liberty Street
                                        New York, New York 10005
                                        (212) 416-8586
                                        Wesley.Bauman@ag.ny.gov