UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
PHILIP S. AURECCHIONE,

               Plaintiff,

   - against -

SHERIFF LOUIS FALCO III OF THE ROCKLAND COUNTY SHERIFF'S DEPARTMENT (OFFICIAL CAPACITY); DISTRICT ATTORNEY TOM WALSH OF THE ROCKLAND COUNTY DISTRICT ATTORNEY'S OFFICE (OFFICIAL CAPACITY); DEFENDANT OFFICERS SEAMUS LYONS, KERRI KRALIK, MARK COLON, JAMES VANCURA, AND INV. BUDNICK OF THE ROCKLAND COUNTY SHERIFF'S DEPARTMENT (OFFICIAL and INDIVIDUAL CAPACITY); ACTING COMMISSIONER ANTHONY J. ANNUCCI NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (OFFICIAL CAPACITY); PAROLE OFFICERS DIEDRE RYAN AND LYNN JOHNSON-RICHARDSON (OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY),

               Defendants.
---------------------------------------------------------------- X

22-CV-4538 (NSR)

**NOTICE OF WITHDRAWAL AS COUNSEL**

    **PLEASE TAKE NOTICE** that the undersigned, pursuant to Rule 1.4 of the Local Rules for the United States Courts for the Southern and Eastern Districts of New York, DAVID T. CHENG, an Assistant Attorney General at the Office of LETITIA JAMES, Attorney General of the State of New York, attorney for Defendants Annucci, Ryan, and Johnson-Richardson, hereby withdraws as an attorney of record as I am leaving the Office of Attorney General for new employment. The Office of Attorney General will continue to serve as counsel of record to said Defendants in the above-referenced matter, and this matter will be handled by another Assistant Attorney General, who has already entered a Notice of Appearance.

Therefore, I hereby request that the Court grant my withdrawal and that my appearance be removed from the docket.

Dated: New York, New York
       August 18, 2023

LETITIA JAMES
Attorney General
State of New York
*Attorney for State Defendants*
By:
*/s/ David T. Cheng*
David T. Cheng
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-6139
David.Cheng@ag.ny.gov

**IT IS SO ORDERED.**

Dated:_____, 2023
      White Plains, New York                     _____
                                                               Hon. NELSON S. ROMÁN
                                                               United States District Judge