**MEMO ENDORSED**

**SARETSKY KATZ & DRANOFF, L.L.P.**

565 Taxter Road – Suite 210
Elmsford, New York  10523

TELEPHONE (212) 973-9797
FACSIMILE  (212) 973-0939
www.skdllp.com

E-Mail:  rweissman@skdllp.com

November 14, 2023

<u>Via ECF</u>

Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 218
White Plains, New York 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2023
```

Re: *Philip S. Aurecchione v. Sheriff Louis Falco III of the Rockland County Sheriff's Department (Official Capacity); District Attorney Tom Walsh of the Rockland County District Attorney's Office (Official Capacity); et. al.*
Docket No.: 22-CV-4538 (NSR)

Dear Judge Román:

We represent defendants the County of Rockland [s/h/a "Sheriff Louis Falco III of the Rockland County Sheriff's Department (Official Capacity)" and "District Attorney Tom Walsh ofthe Rockland County District Attorney's Office (Official Capacity)"], Seamus Lyons, Kerri Kralik, Mark Colon, James Van Cura and Kirk Budnick in the referenced matter. On behalf of these defendants, we write to request a three-week extension of time, from November 15 to December 6, to respond to plaintiff's October 25 Third Amended Complaint ("TAC"). We expect to file a pre-motion letter in response to the TAC, and we have been diligently preparing our letter and analyzing the TAC and the changes made from the Second Amended Complaint. However, the research required, combined with other deadlines and personal matters, have prevented me from completing the full analysis needed for the letter.

We communicated today with plaintiff's counsel Robert C. Barchiesi, II, Esq. and with Wesley Bauman, Esq., counsel for the co-defendants. All counsel have graciously consented to this request, subject to Court approval. This is our first request for an extension of time to respond to the TAC.

Thank you for your consideration of this request.

Respectfully submitted,

*Robert B. Weissman*

**Defendants County of Rockland, Seamus Lyons, Kerri Kralik, Mark Colon, James Van Cura, and Kirk Budnick's (the "County Defendants") request for an extension of time to respond to Plaintiff's Third Amended Complaint is GRANTED. The County Defendants are directed to respond to Plaintiff's Third Amended Complaint on or before December 6, 2023. The Clerk of the Court is directed to terminate the motion at ECF No. 90.**

**Dated: November 15, 2023**
   **White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE