UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PHILIP S. AURECCHIONE,,                           :
                                                  :
                           Plaintiff,          :   Case No. 21-cv-4538 -NSR
                                                  :
         - against -                        :   **NOTICE OF APPEARANCE**
                                                  :
LOUIS FALCO III, et al.,                          :
                                                  :
                        Defendants.         :
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned attorney, duly admitted to practice in this Court, appears in the above captioned matter in representing Defendants Anthony J. Annucci, Deidre Ryan, and Lynn Johnson-Richardson, on behalf of LETITIA JAMES, Attorney General of the State of New York. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
       November 21, 2023

                                                        Respectfully submitted,

                                                        LETITIA JAMES
                                                        Attorney General of the
                                                          State of New York
                                                      <u>Attorney for State Defendants</u>
                                                          By:

                                                        <u>/s/ Steven N. Schulman</u>
                                                        STEVEN N. SCHULMAN
                                                        Assistant Attorney General
STEVEN N. SCHULMAN                       28 Liberty Street
Assistant Attorney General                 New York, New York 10005
    <u>of Counsel</u>                                    (212) 416-8654
                                                        steven.schulman@ag.ny.gov

TO:    Counsel of Record (by ECF)