UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2023
```

PHILIP S. AURECCHIONE,

                     Plaintiff,

-against-

SHERIFF LOUIS FALCO III OF THE ROCKLAND COUNTY SHERIFF'S DEPARTMENT (OFFICIAL CAPACITY); DISTRICT ATTORNEY TOM WALSH OF THE ROCKLAND COUNTY DISTRICT ATTORNEY'S OFFICE (OFFICIAL CAPACITY); DEFENDANT OFFICERS SEAMUS LYONS, KERRI KRALIK, MARK COLON, JAMES VANCURA, AND INV. BUDNICK OF THE ROCKLAND COUNTY SHERIFF'S DEKPARTMENT (OFFICIAL AND INDIVIDUAL CAPACITY); ACTING COMMISSIONER ANTHONY J. ANNUCCI NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (OFFICIAL CAPACITY); PAROLE OFFICERS DIEDRE RYAN AND LYNN JOHNSON-RICHARDSON (OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY),

                     Defendants.

22-CV-4538 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

       The Court is in receipt of the attached letters from counsel for Defendants Anthony J. Annucci, Diedre Ryan, and Lynn Johnson-Richardson, dated December 8, 2023, and counsel for Plaintiff, dated December 14, 2023, seeking to remove Defendant Annucci from the matter and strike his name from the case caption. (ECF Nos. 98, 103.) The Court dismissed all claims against Defendant Annucci in Plaintiff's Second Amended Complaint, and Plaintiff has not stated additional claims against him in Plaintiff's Third Amended Complaint. (*See* ECF Nos. 88, 89.)

Accordingly, it is hereby ordered that Anthony J. Annucci be terminated as a Defendant and be removed from the caption as a Defendant in this the matter. The caption shall read as follows:

| | |
|---|---|
| PHILIP S. AURECCHIONE,<br><br>                            Plaintiff,<br><br>-against-<br><br>SHERIFF LOUIS FALCO III OF THE ROCKLAND COUNTY SHERIFF'S DEPARTMENT (OFFICIAL CAPACITY); DISTRICT ATTORNEY TOM WALSH OF THE ROCKLAND COUNTY DISTRICT ATTORNEY'S OFFICE (OFFICIAL CAPACITY); DEFENDANT OFFICERS SEAMUS LYONS, KERRI KRALIK, MARK COLON, JAMES VANCURA, AND INV. BUDNICK OF THE ROCKLAND COUNTY SHERIFF'S DEKPARTMENT (OFFICIAL AND INDIVIDUAL CAPACITY); PAROLE OFFICERS DIEDRE RYAN AND LYNN JOHNSON-RICHARDSON (OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY),<br><br>                            Defendants. | 22-CV-4538 (NSR)<br><br>ORDER |

Dated: December 18, 2023
       White Plains, New York

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.