UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHILIP S. AURECCHIONE,

                      Plaintiffs,                     22 **CIVIL** 4538 (NSR)

      -against-                      **RULE 54(b) JUDGMENT**

SHERIFF LOUIS FALCO III, et al.,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed dated March 10, 2025, The Court GRANTS the County Defendants' assented-to request and partial judgment is entered pursuant to Rule 54(b) in favor of the County defendants: Sheriff Louis Falco III, District Attorney Tom Walsh, Seamus Lyons, Kerri Kralik, Mark Colon, James Van Cura and Kirk Budnick; pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay judgment is hereby entered.

**Dated:** New York, New York
         March 11, 2025

                                                  **TAMMI M. HELLWIG**
                                                   **Clerk of Court**

            BY:
                                                   **Deputy Clerk**